# U.S. District Court
# Western District of Kentucky (Bowling Green)
# CRIMINAL DOCKET FOR CASE #: 1:23-cr-00057-GNS-1

Case title: USA v. Bergdorff

Date Filed: 11/22/2023

Date Terminated: 05/29/2024

Assigned to: Chief Judge Greg N. Stivers

### Defendant (1)

**Leann Elizabeth Manion Bergdorff**
*TERMINATED: 05/29/2024*

represented by **Bryce L. Caldwell**
Gordon Goetz Johnson Caldwell, PSC
121 W. Second Street
Owensboro, KY 42302-1539
270-684-5757
Fax: 270-684-5862
Email: brycecaldwell33@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

18:1001 FALSE STATEMENTS
(1)

### Disposition

2 years probation w/supervision; $4000 fine; $100 SPA

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

None

### Disposition

**Plaintiff**

USA     represented by   **David R. Weiser**
U.S. Attorney Office - Louisville
717 W. Broadway
Louisville, KY 40202
502-625-7068
Fax: 502-582-5097
Email: david.weiser@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2023 | 1 | INFORMATION as to LeAnn Elizabeth Manion Bergdorff (1) count(s) 1. (JM) (Entered: 11/22/2023) |
| 11/22/2023 | 2 | Case Assignment (Random Selection): Case Assigned to Chief Judge Greg N. Stivers. (JM) (Entered: 11/22/2023) |
| 11/22/2023 | 3 | NOTICE OF ATTORNEY APPEARANCE David R. Weiser appearing for USA. (JM) (Entered: 11/22/2023) |
| 11/22/2023 | 4 | SEALED DOCUMENT by USA. (DeW) (Entered: 11/22/2023) |
| 11/29/2023 | 5 | Sealed Document (DeW) (Entered: 11/29/2023) |
| 12/04/2023 | 6 | Summons Returned Executed on 12/4/2023 in case as to Leann Elizabeth Manion Bergdorff. (DeW) (Entered: 12/05/2023) |
| 12/21/2023 | 7 | WAIVER OF INDICTMENT by Leann Elizabeth Manion Bergdorff. (DeW) (Entered: 12/21/2023) |
| 12/21/2023 | 8 | ORDER for proceedings held before Chief Judge Greg N. Stivers: Initial Appearance/Arraignment as to Leann Elizabeth Manion Bergdorff (1) Count 1 held on 12/21/2023. Change of Plea Hearing as to Leann Elizabeth Manion Bergdorff held on 12/21/2023. The Court defers its decision as to the acceptance or rejection of the plea agreement until it has an opportunity to consider the Presentence Investigation Report pursuant to Rule 11(c)(3)(A). The plea supplement shall be filed under seal. Sentencing set for 3/28/2024 at 10:15 AM CST in Bowling Green Courtroom before Chief Judge Greg N. Stivers. The defendant shall be allowed to be released on a personal recognizance bond pending final sentencing. (Court Reporter: ECRO DeAnna Whitney.) cc: counsel, US Probation (DeW) (Entered: 12/21/2023) |
| 12/21/2023 | 9 | APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE as to Leann Elizabeth Manion Bergdorff, Personal Recognizance Bond. (DeW) (Entered: 12/21/2023) |
| 12/21/2023 | 10 | WAIVER OF RIGHT TO HAVE APPOINTED COUNSEL by Leann Elizabeth Manion Bergdorff. (DeW) (Entered: 12/21/2023) |
| 12/21/2023 | 11 | PLEA AGREEMENT as to Leann Elizabeth Manion Bergdorff. (DeW) (Entered: 12/21/2023) |
| 12/21/2023 | 12 | SEALED Supplemental Plea Agreement re 11 Plea Agreement. (DeW) (Entered: 12/21/2023) |

| Date | # | Description |
|---|---|---|
| 02/16/2024 | 13 | DISCLOSURE PRESENTENCE INVESTIGATION REPORT as to Leann Elizabeth Manion Bergdorff Counsel shall refer to the Court's website:http://www.kywd.uscourts.gov/e-filing Re:How Do I View Restricted Documents. (Attachments: # 1 Cover Sheet) (tm) (Entered: 02/16/2024) |
| 03/19/2024 | 14 | OFFICER REVISED FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Leann Elizabeth Manion Bergdorff Counsel shall refer to the Court's website:http://www.kywd.uscourts.gov/e-filing Re:How Do I View Restricted Documents. (Attachments: # 1 Addendum) (tm) (Entered: 03/19/2024) |
| 03/20/2024 | 15 | MOTION to Continue *Sentencing Hearing* by Leann Elizabeth Manion Bergdorff. (Attachments: # 1 Proposed Order) (Caldwell, Bryce) (Entered: 03/20/2024) |
| 03/20/2024 | 16 | TEXT ORDER signed by Chief Judge Greg N. Stivers on 3/20/2024 as to Leann Elizabeth Manion Bergdorff. **IT IS HEREBY ORDERED** the Unopposed Motion to Continue Final Sentencing is granted. The Sentencing set for 3/28/2024 is **RESCHEDULED** to 5/1/2024 at 10:15 AM CDT in Bowling Green before Chief Judge Greg N. Stivers.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>cc: Counsel of Record (TJD) (Entered: 03/20/2024) |
| 04/19/2024 | 17 | Unopposed MOTION to Continue *Sentencing Hearing* by USA as to Leann Elizabeth Manion Bergdorff. (Attachments: # 1 Proposed Order) (Weiser, David) (Entered: 04/19/2024) |
| 04/23/2024 | 18 | TEXT ORDER signed by Chief Judge Greg N. Stivers on 4/23/2024 granting 17 Motion to Continue as to Leann Elizabeth Manion Bergdorff (1). **IT IS HEREBY ORDERED** the Sentencing Hearing set for 5/1/2024 is **RESCHEDULED TO 5/28/2024 at 10:00 AM CDT** in Bowling Green before Chief Judge Greg N. Stivers.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>cc: Counsel of Record(TJD) (Entered: 04/23/2024) |
| 05/21/2024 | 19 | SENTENCING MEMORANDUM for Leann Elizabeth Manion Bergdorff by USA. (Weiser, David) (Entered: 05/21/2024) |
| 05/28/2024 | 21 | Acknowledgement of Waiver of Appeal Rights by Leann Elizabeth Manion Bergdorff. (DeW) (Entered: 05/28/2024) |
| 05/29/2024 | 22 | JUDGMENT and COMMITMENT ORDER by Chief Judge Greg N. Stivers on 5/29/2024 as to Leann Elizabeth Manion Bergdorff (1), Count(s) 1, 2 years probation w/supervision; $4000 fine; $100 SPA. cc: counsel, Finance, USA Forfeiture, USMS, US Probation (DeW) (Entered: 05/29/2024) |
| 05/29/2024 | 23 | Statement of Reason(Sealed) re: 22 Judgment and Commitment. cc: USA/Applicable Counsel (DeW) (Entered: 05/29/2024) |
| 07/23/2024 | 24 | Notice to Middle District of Tennessee of a Transfer of Jurisdiction as to Leann Elizabeth Manion Bergdorff. Using a PACER account, the docket sheet and any documents may be retrieved via the case number link. No documents will be sent to the receiving court. Upon acceptance/denial of this transfer, the receiving court should please send a copy of the signed Order to kywdml_CRAssignment@kywd.uscourts.gov. If the receiving court requires certified copies of any documents, please send that request to kywdml_CRAssignment@kywd.uscourts.gov. If a |

| | | copy of the financial ledger is required, please email your request to kywd-finance@kywd.uscourts.gov. (MNM) (Entered: 07/23/2024) |